IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT NWAFOR,** | : CIVIL ACTION NO. 1:15-CV-2112 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **ICE/HOMELAND SECURITY,** | : |
| Defendant | : |

**ORDER**

AND NOW, this 29th day of December, 2015, upon consideration of the report (Doc. 8) of Chief Magistrate Judge Martin C. Carlson, recommending the court dismiss the habeas corpus petition filed by petitioner Vincent Nwafor ("Nwafor") as moot and for violation of the Local Rules of Court, wherein Judge Carlson opines that Nwafor's release from federal custody renders his habeas corpus petition moot, and further observes that Nwafor's failure to apprise the court of his whereabouts as required by Local Rule 83.18 frustrates the court's ability to resolve Nwafor's claims, and it appearing that Nwafor did not object to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F.

Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Intern., Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge Carlson's recommendation and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 8) of Magistrate Judge Carlson is ADOPTED.

2. Nwafor's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED as moot.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania